GANNETT COMPANY, INC., Respondent, *v.* CHARLES H. KOPP, Appellant.

Submitted June 1, 1951; decided June 1, 1951.

*Leo J. Rice* for motion.

No one opposed.

Motion dismissed, without costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution.